UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M RESORTS, LTD., an Idaho Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND LIFE INSURANCE COMPANY AKA NEW ENGLAND VARIABLE LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.: 19-cv-1545-WQH-AGH<br><br>**ORDER** |

HAYES, Judge:

Pursuant to the parties' Joint Motion to Dismiss Action with Prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 20),

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 20) is granted. This action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk shall close the case.

Dated: June 23, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court